AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Tasha Trimmier | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00247-RLY-TAB |
| Cook Incorporated, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tasha Trimmier.

Date:   09/25/2025

/s/Manuel Amill
*Attorney's signature*

Manuel Amill, PR Bar No. 229809
*Printed name and bar number*

1302 Avenida Ponce de León
Santurce, PR 00907
*Address*

MAmill@nsprlaw.com
*E-mail address*

(787) 493-5088
*Telephone number*

(646) 843-7603
*FAX number*